Decision Per Curiam.

---

George E. Pace, Plaintiff in Error, vs. H. L. Mitchell, Governor of Florida for the use of N. W. Hackett, Defendant in Error.

Writ of error to Circuit Court, Bradford county; Rhydon M. Call, Judge.

---
Memorandum Decisions.
---

*Thos. E. Bugg,* for Plaintiff in Error.

*Wm. B. Young,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.